**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-7541**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ROBERT J. MERRITT,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-95-167-S, CA-98-321-S, CA-97-3672-S)

───────────────

Submitted: March 9, 2000          Decided: March 15, 2000

───────────────

Before WILKINS, TRAXLER, and KING, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Robert J. Merritt, Appellant Pro Se. Kathleen O'Connell Gavin, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert J. Merritt seeks to appeal the district court's final sentencing judgment. We dismiss the appeal for lack of jurisdiction because Merritt's notice of appeal was not timely filed.

Parties are accorded sixty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(b)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on October 30, 1995. Merritt's notice of appeal was filed on October 25, 1999. Because Merritt failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.[*] We deny Merritt's motion for transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent Merritt seeks to appeal the district court's denial of his motion filed pursuant to Fed. R. Civ. P. 60(b), entered on March 16, 1999, we find that such appeal also is untimely.

2